## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 2:20-CV-14419-KAM

Plaintiff:
**ADAM AILION, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

vs.

Defendant:
**VOICE SEARCH LOCAL, LLC,**

For:
AVI R. KAUFMAN
KAUFMAN P.A.
400 NW 26TH STREET
MIAMI, FL 33127

Received by Caplan, Caplan & Caplan Process Servers on the 2nd day of December, 2020 at 11:38 am to be served on **VOICE SEARCH LOCAL, LLC C/O TYLER SMYZUK, 303 ASBURY WAY, BOYNTON BEACH, FL 33426**

I, Erick Maillard, do hereby affirm that on the **5th day of December, 2020** at **5:20 pm, I:**

served a **Limited Liability Company** by delivering a true copy of **SUMMON IN A CIVIL ACTION, COMPLAINT-CLASS ACTION, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44, ORDER REQUIRING COUNSEL TO CONFER, FILE JOINT SCHEDULING REPORT AND FILE JOINT DISCOVERY REPORT** with date, hour and initials of process server endorsed thereon by me, to **TYLER SMYZUK** as **REGISTERED AGENT** for **VOICE SEARCH LOCAL, LLC**, at the address of: **303 ASBURY WAY, BOYNTON BEACH, FL 33426** and informed said person of the contents therein, in compliance with F.S. 48.062.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS92.525(2) and 28 USC Section 1746, no notary is required.

_____
**Erick Maillard**
907

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2020036325
Service Fee: _____

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t