**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  20-14419-CIV-MARRA**

**ADAM AIILION, on behalf of himself and**
**others similarly situated,**

    **Plaintiff,**

vs.

**VOICE SEARCH LOCAL, LLC,**

    **Defendant.**
_____/

**ORDER CLOSING CASE**

    **THIS CAUSE** is before the Court upon the Plaintiff's notice of voluntary dismissal filed December 29, 2020 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [DE 6], which pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), operates as a self-executing document and dismisses the case upon filing.

    It is accordingly **ORDERED AND ADJUDGED**:

    As this case has now effectively been dismissed by voluntary notice of the Plaintiff, pursuant to Fed. R. Civ. P. 41, the Clerk of the Court is directed to enter this case as **CLOSED** and terminate any pending motions as **MOOT.**   Each party shall bear its own costs and attorneys' fees.

    **DONE and SIGNED** in Chambers at West Palm Beach, Florida  this 31st day of December 2020.

                                                       KENNETH A. MARRA
                                                       United States District Judge

cc. All counsel

Case 2:20-cv-14419-KAM Document 7 Entered on FLSD Docket 12/31/2020 Page 2 of 2